IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALVAREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>G.D. LEWIS; MATTHEW CATE; FRANCISCO JACQUEZ; T. COOK; D. CONOVER; S. SORENSEN; M.D. YAX,<br><br>    Defendants. | No. C 10-4833 JSW (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME; DENYING MOTIONS FOR CONTEMPT, SANCTIONS AND DEFAULT JUDGMENT**<br><br>(Docket Nos. 28, 29, 32) |

    Good cause appearing, Plaintiff's motion for an extension of time in which to file an opposition to summary judgment is GRANTED (docket no. 32) to and including **November 1, 2011**. No further extension of this deadline will be allowed. Defendant *shall* file a reply brief within **15 days** of the date an opposition is filed.

    Plaintiff's motions for contempt, sanctions and default judgment (docket numbers 28 and 29) are DENIED.

    IT IS SO ORDERED.

DATED: October 17, 2011

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SERGIO ALVAREZ,

        Plaintiff,

  v.

G.D. LEWIS et al,

        Defendant.

Case Number: CV10-04833 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 17, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sergio Alvarez K42605
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532-7500

Dated: October 17, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk