IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALVAREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>G.D. LEWIS; MATTHEW CATE; FRANCISCO JACQUEZ; T. COOK; D. CONOVER; S. SORENSEN; M.D. YAX,<br><br>    Defendants. | No. C 10-4833 JSW (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME; DENYING MOTIONS FOR CONTEMPT, SANCTIONS AND DEFAULT JUDGMENT**<br><br>(Docket Nos. 28, 29, 32) |

    Good cause appearing, Plaintiff's motion for an extension of time in which to file an opposition to summary judgment is GRANTED (docket no. 32) to and including **November 1, 2011**. No further extension of this deadline will be allowed. Defendant *shall* file a reply brief within **15 days** of the date an opposition is filed.

    Plaintiff's motions for contempt, sanctions and default judgment (docket numbers 28 and 29) are DENIED.

    IT IS SO ORDERED.

DATED: October 17, 2011

_____
JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

SERGIO ALVAREZ,

        Plaintiff,

  v.

G.D. LEWIS et al,

        Defendant.

        Case Number: CV10-04833 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 17, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sergio Alvarez K42605
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532-7500

Dated: October 17, 2011

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk